# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

161995 & (50)(56)(61)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BRENDA BRADLEY,
      Plaintiff-Appellant,

v

BETH STRIEGLE and DAVID V. SWANSON,
      Defendants-Appellees,

and

SHIRL S. SWANSON,
      Defendant,

and

JOSLIN MONAHAN,
      Appellee.

SC: 161995
COA: 353627
Kent CC: 20-001193-CH

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motions for summary disposition, sanctions, and entry of default final judgment are DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021

Clerk

a0310